**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada State Bar No. 11959
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
                 nring@theurbanlawfirm.com
                 sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> PRO-CUT LLC, a NEVADA LIMITED LIABILITY COMPANY, <br><br> Defendant. | Case No.  2:12-cv-00205-APG-VCF <br><br> **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** |

Pursuant to Local Rule IA 10-6(c), Plaintiffs, through their counsel of record Adam P. Segal, Esq. and Ryan C. Curtis, Esq. of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and respectfully request that the Court allow the withdrawal of Adam P. Segal, Esq. and Ryan C. Curtis, Esq. of Brownstein Hyatt Farber Schreck, LLP and substitution of Michael A. Urban, Esq, Nathan R. Ring, Esq., and Seth T, Floyd, Esq., of The Urban Law Firm as counsel of record for Plaintiffs.

1

| | | |
|---|---|---|
| 1 | Dated: April 6, 2015 | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| 2 | | */s/ Ryan C. Curtis* |
| | | Ryan C. Curtis, Esq., Nevada Bar No. 12949 |
| 3 | | 100 North City Parkway, Suite 1600 |
| | | Las Vegas, Nevada 89106-4614 |
| 4 | | Telephone: (702) 382-2101 |
| | | Facsimile: (702) 382-8135 |
| 5 | | |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | Dated: April 6, 2015 | **THE URBAN LAW FIRM** |
| 8 | | */s/ Seth T. Floyd* |
| | | Michael A. Urban, Esq., Nevada Bar No. 3875 |
| 9 | | 4270 S. Decatur Blvd., Suite A-9 |
| | | Las Vegas, Nevada 89103 |
| 10 | | Telephone: (702) 968-8087 |
| 11 | | Facsimile: (702) 968-8088 |
| 12 | | *Substituting Attorney for Plaintiffs* |
| 13 | Dated: April 6, 2015 | |
| 14 | | Thomas White, Chairman |
| 15 | | Laborers Joint Trust Funds |
| | | 2345 Red Rock Street, Suite 300 |
| 16 | | Las Vegas, NV 89146 |
| 17 | | Telephone: (702) 318-6760 |
| | | Facsimile: (702) 318-6761 |
| 18 | | |
| 19 | | *On behalf of the Plaintiffs* |
| 20 | / / / | |
| 21 | / / / | |
| 22 | / / / | |
| 23 | / / / | |
| 24 | | |
| 25 | / / / | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | | |

2

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of The Urban Law Firm and that on this 6th day of April, 2015, I served a true copy of the foregoing **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** upon:

Adam P. Segal
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

Ryan Cannon Curtis
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

Bryce C. Loveland
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89149

David J. Winterton
David J. Winterton & Associates, Ltd.
211 N. Buffalo Drive, Suite A
Las Vegas, NV 89145

Noah G. Allison
The Allison Law Firm Chtd.
3191 E. Warm Springs Road
Longford East, Building 13
Las Vegas, NV 89120

☒ a. **BY CM/ECF System.**

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ April Denni
An Employee of The Urban Law Firm

3

**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada State Bar No. 11959
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile:   (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
              nring@theurbanlawfirm.com
              sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PRO-CUT LLC, a NEVADA LIMITED LIABILITY COMPANY,<br><br>Defendant. | Case No.  2:12-cv-00205-APG-VCF<br><br>~~(Proposed)~~ **Order** |

## ORDER

IT IS ORDERED that the Court grants the withdrawal of Adam P. Segal, Esq. and Ryan C. Curtis, Esq. of Brownstein Hyatt Farber Schreck, LLP, and substitution and appearance of Michael A. Urban, Esq., Nathan R. Ring, Esq., and Seth T. Floyd, Esq., of The Urban Law Firm as counsel of record for Plaintiffs.

/ / /

DATED: _____April 7_____, 2015

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

Submitted by:

**THE URBAN LAW FIRM**

*/s/ Seth T. Floyd*
_____
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
*Substituting Attorney for Plaintiffs*