CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Fax: (702) 990-7273
cdomina@peelbrimley.com
*Attorneys for CM Builders, Forte Specialty Contractors, LLC
and Aegis Security Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>PRO-CUT LLC, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO.: 2:12-cv-00205-GMN-VCR<br><br><br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO PLAINTIFFS' MOTION FOR RECONSIDERATION** |

It is hereby stipulated by and between CM BUILDERS, FORTE SPECIALTY CONTRACTORS, LLC, AEGIS SECURITY INSURANCE COMPANY, through their attorneys Peel Brimley LLP; TRUSTEES OF THE CONSTRUCTION, CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, TRUSTES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING

TRUST, through their attorneys The Urban Law Firm; BENTAR DEVELOPMENT, INC., through its attorneys Kajioka & Associates; and EVELYN BRUNS-WITT, through her attorneys, The Allison Law Firm Chtd. that the date by which all parties must file and serve Oppositions to Plaintiffs' Motion for Reconsideration [Doc 71] be extended from May 23, 2016 to May 30, 2016.

DATED this 23rd day of May, 2016.                        DATED this 23rd day of May, 2016.

**PEEL BRIMLEY LLP**                                      **THE URBAN LAW FIRM**

 /s/Cary B. Domina                                        /s/ Seth T. Floyd
CARY B. DOMINA, ESQ.                                      SETH T. FLOYD, ESQ.
Nevada Bar No 10567                                       Nevada Bar No 11959
3333 E. Serene Avenue, Suite 200                          4270 S. Decatur Blvd., Suite A-9
Henderson, Nevada 89074                                   Las Vegas, Nevada 89103
*Attorneys for CM Builders, Forte Specialty*              *Attorneys for Plaintiffs*
*Contractors, LLC and Aegis Security*
*Insurance Company*

DATED this 23rd day of May, 2016.                        DATED this 23rd day of May, 2016.

**THE ALLISON LAW FIRM CHTD.**                            **KAJIOKA & ASSOCIATES**

 /s/ Noah G. Allison                                      /s/Dean Kajioka
NOAH G. ALLISON, ESQ.                                     DEAN KAJIOKA, ESQ.
Nevada Bar No 6202                                        Nevada Bar No 5030
3191 East Warm Springs Road                               8350 W. Charleston Blvd., Suite 100
Longford Plaza East, Bldg 13                              Las Vegas, Nevada 89117
Henderson, Nevada 89120                                   *Attorneys for Bentar Development, Inc.*
*Attorneys for Evelyn Bruns-Witt*

## **ORDER**

Upon stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED that the parties must file and serve oppositions to Plaintiffs' Motion for Reconsideration on or before May 30, 2016.

IT IS SO ORDERED.

DATED this  27  day of May, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

**PEEL BRIMLEY LLP**

*/s/Cary B. Domina*
CARY B. DOMINA, ESQ.
Nevada Bar No 10567
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074
*Attorneys for CM Builders, Forte Specialty Contractors, LLC and Aegis Security Insurance Company*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on this 23rd day of May, 2016, I caused the above and foregoing document entitled **JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION** to be served on all parties as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ the Court's CM/ECF electronic filing system;

*/s/K.A.Gentile*
An Employee of Peel Brimley LLP